UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 06-3 (MJD/JSM) |
| Plaintiff, | |
| v. | **ORDER TO DELAY COMMENCEMENT OF SERVICE OF SENTENCE** |
| NAGAPPAN MYPLAPPAN CHETTIAR, | |
| Defendant. | |

_____

The above matter came on before the undersigned judge of United States District Court on the defendant's motion to delay commencement of service of his sentence. Based upon the submissions of counsel,

IT IS HEREBY ORDERED that the motion is GRANTED. The Court's previously imposed halfway house and home detention sentence is delayed until the earlier of the government dismissing its notice of appeal or the conclusion of the appeals process.

Dated: October 5, 2006            s / Michael J. Davis
                                  Michael J. Davis
                                  Judge of United States District Court